[No. 54048-3-I.   Division One.   May 9, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. CHRISTINA M. LUX, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 03-1-01480-4, George N. Bowden, J., entered March 29, 2004. *Affirmed* by unpublished per curiam opinion.

[No. 54199-4-I.   Division One.   May 9, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. SCOTT FRESHMAN, *Appellant*.

Appeal from a judgment of the Superior Court for Skagit County, No. 00-1-00249-1, Michael E. Rickert, J., entered April 9, 2004. *Reversed* by unpublished per curiam opinion.

[No. 54448-9-I.   Division One.   May 9, 2005.]

LESLIE G. COYLE, *Appellant*, v. LAEL A. STROH-COYLE, *as Personal Representative, Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 03-2-12573-3, Mary Roberts, J., entered May 21, June 1 and 11, 2004. *Affirmed in part* and *reversed in part* by unpublished opinion per Cox, C.J., concurred in by Kennedy and Appelwick, JJ.

[No. 54778-0-I.   Division One.   May 9, 2005.]

JYDE OJO, *Appellant*, v. SWEDISH HEALTH SERVICES ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 03-2-16656-1, Steven C. Gonzalez, J., entered July 23, 2004. *Reversed* by unpublished opinion per Ellington, A.C.J., concurred in by Baker and Becker, JJ.